tion by Annie E. Smith against Edward R. Poershke. No opinion. Motion granted, with $10 costs.

SMITH et al., Appellants, v. WILL & BAUMER CO., Respondent. (Supreme Court, Appellate Division, First Department. November 25, 1898.) Action by Higbie Smith and another against Will & Baumer Company. T. Hogan, for appellants. G. E. Blackwell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re SOLOMON. (Supreme Court, Appellate Division, First Department. December 23, 1898.) In the matter of Fink Solomon, deceased. B. Loewy, for appellant. H. Myer, for respondent. No opinion. Decree affirmed with costs.

SPIES v. MUNROE et al. (Supreme Court, Appellate Division, First Department. December 23, 1898.) Action by Amelia L. Spies against John Munroe and others. No opinion. Motion denied, with $10 costs. See 54 N. Y. Supp. 916.

SQUYER, Respondent, v. WARD et al., Appellants. (Supreme Court, Appellate Division, First Department. December 23, 1898.) Action by H. Seymour Squyer against T. E. Ward & Company and George E. Whitcomb. J. Rosensweig, for appellants. No opinion. Order affirmed, with $10 costs and disbursements.

STANDARD FASHION CO., Respondent, v. SIEGEL-COOPER CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 16, 1898.) Action by the Standard Fashion Company against the Siegel-Cooper Company and another. E. C. Perkins, for appellants. J. M. Bowers, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 52 N. Y. Supp. 433.

STARBUCK et al. v. PHENIX INS. CO. (Supreme Court, Appellate Division, First Department. December 16, 1898.) Action by Matilda E. Starbuck and others against the Phenix Insurance Company. No opinion. Motion denied, with $10 costs. See 54 N. Y. Supp. 293.

STARK, Appellant, v. WILLIAMS, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Thomas F. Stark against Demian D. Williams. No opinion. Judgment modified by striking therefrom the words "upon the merits," and, as so modified, affirmed, with costs.

STATEN ISLAND WATER-SUPPLY CO Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. December 9, 1898.) Action by Staten Island Water-Supply Company against the city of New York. T. Connoly, for appellant. H. J. Brightman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

STEVENS et al., Appellants, v. CENTRAL NAT. BANK OF BOSTON et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 8, 1898.) Action by Aaron R. Stevens and others against the Central National Bank of Boston and others. No opinion. Motion to settle order granted by adding thereto the words, "And the appeal from the judgment dismissed." See 54 N. Y. Supp. 673.

STEVENS et al., Respondents, v. ROUSE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Charles E. Stevens and another as executors, etc., against Charles A. Rouse and another. No opinion. Judgment affirmed, with costs.

STISSER v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Third Department. December 8, 1898.) Action by Augusta Stisser against the New York Central & Hudson River Railroad Company. No opinion. Motion denied. See 52 N. Y. Supp. 861.

STODDARD, Respondent, v. LUM et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Horace H. Stoddard, as assignee, etc., against Chauncey H. Lum and others. No opinion. Motion granted, and questions allowed, certified, and filed with the clerk. See 53 N. Y. Supp. 607.

STUART, Appellant, v. STUART, Respondent. (Supreme Court, Appellate Division, First Department. December 9, 1898.) Action by Jeanette R. Stuart against William W. Stuart. G. W. Peckham, for appellant. H. Thompson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SULLIVAN, Appellant, v. CLARK et al., Respondents. (Supreme Court, Appellate Division, First Department. November 11, 1898.) Action by Ann Jane Sullivan against John W. Clark and others. Albert I. Sire, for appellant. O. B. Gould, for respondents. No opinion. Judgment affirmed, with costs.

SULLIVAN et al., Respondents, v. SPRING GARDEN INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 13, 1898.) Action by James S. Sullivan, Timothy D. Sullivan, and Charles J. Sullivan against the Spring Garden Insurance Company. No opinion. Decision amended so as to give the defendant leave to withdraw demurrer, and serve answer within 20 days, upon payment of the costs of demurrer and of appeal. See 54 N. Y. Supp. 629.

In re SYRACUSE JOURNAL CO. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) In the matter of the voluntary dissolution of the Syracuse Journal Company, claim of Henry Bright. No opinion. So much of the order as authorizes the receiver to indorse the Johann Hoff Company's certificates affirmed, and that part which prefers the claim of Henry Bright for $218.56 reversed, without costs to either party.